Jennie Blust, defendant in error, v. Peter Langas, plaintiff in error. Gen. No. 32,036.

Opinion filed March 26, 1928.

Miller, Gorham, Wales & Noxon, for plaintiff in error. Joseph D. Ryan, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.